**Order entered December 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

**FREDERICK BROWN, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03045-D**

## ORDER

Before the Court is the notice of appearance of counsel for appellee, Britton Larison, and motion to require appellant to provide a mailing address and telephone number and serve filings on counsel. To the extent Mr. Larison asks this Court to require appellant to provide an accurate mailing address, we note that Mr. Larison has the same address that this Court has and we have not had any issue with documents being returned from that address. To the extent Mr. Larison asks this Court to require that appellant serve filings on counsel, we remind appellant that at or before the time a document is filed, he must serve a copy of the document on all parties to the proceeding. *See* TEX. R. APP. P. 9.5(a).

On November 20, 2014, the Court notified appellant that the court reporter informed the Court that she had not recorded any hearings in this case and also had not received any request

for a reporter's record. We instructed appellant to provide this Court, within ten days, with written verification that he had requested the reporter's record. We cautioned appellant that failure to provide the verification within the time requested may result in the appeal being submitted without a reporter's record. Appellant failed to file any response. Accordingly, we **ORDER** the appeal be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c)(1).

Appellant's brief is due thirty days from the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE